IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2020 JUN 22 A 10: 20

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| RITA DAVENPORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:   2:20-cv-436 |
| vs. | ) | |
| | ) | JURY DEMAND |
| IVY CREEK HEALTHCARE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW the Plaintiff in the above-styled case, Rita Davenport, by and through her undersigned attorney, Richard R. Newton, and files this action against Defendant Ivy Creek Healthcare, Inc.

This is an Federal Question, Employment Law, case arising out of Plaintiff's claim and contention that her former employer, Ivy Creek Healthcare, LLC, violated the Age Discrimination in Employment Act (29 U.S.C. §621, *et seq*) and Title VII of the Civil Rights Act of 1964, as amended, (42 U.S.C. §2000e, *et seq*) in the terms and conditions of her employment at Ivy Creek Healthcare. In support of Plaintiff's case, she would state unto the Court as follows:

## JURISDICTION AND VENUE

1.  Plaintiff brings this action under Federal Question Jurisdiction, §28 U.S.C. 1331, arising out of Defendant violating Age Discrimination in Employment Act (29 U.S.C. §621, *et seq*) [ADEA] and Title VII of the Civil Rights Act of 1964, as amended, (42 U.S.C. §2000e, *et seq*) [Title VII].

2.  Venue is proper as Plaintiff is a resident of Chilton County, Alabama, which is located in the Northern Division of the Middle District of the United States District Court for the Middle District of Alabama.

3.  On February 12, 2020, Rita Davenport filed an ADEA-based Charge of Discrimination with the Equal Employment Opportunity Commission [EEOC], Birmingham, Alabama, District Office.

4.  On April 23, 2020, less than 90 days before the commencement of this action, the EEOC issued a Notice of Right to Sue [NRTS] to Rita Davenport. A copy of that NRTS ("Right to Sue" Letter) is attached hereto.

## PARTIES

5.  Plaintiff Rita Davenport is an adult over the age of nineteen (19) years of age who resides in Chilton County, Alabama.

6.  Ivy Creek Healthcare, LLC, is a Miami, Florida-based company which does

COMPLAINT
Rita Davenport v. Ivy Creek Healthcare, LLC.
Middle District of Alabama

business in Alabama as a Foreign Limited Liability Company. Its principle place of business in Alabama is located in Elmore County, Alabama.

7. The facility at which Plaintiff was employed before being fired by Ivy Creek Healthcare, LLC in January 2020, was Chilton Urgent Care, located in Clanton, Chilton County, Alabama.

## STATEMENT OF FACTS

8. For more than three (3) years Plaintiff Rita Davenport [Davenport] Defendant Ivy Creek Heathcare, LLC's [Ivy Creek], employed Davenport as a Medical Assistant at its Clanton, Alabama, facility, "Chilton Urgent Care."

9. On or about January 3, 2020, Ivy Creek fired Davenport.

10. Ivy Creek fired Davenport citing what it called "HIPAA violations" done by Davenport in or around December 2019.

11. A Chilton Urgent Care manager also contended Davenport forged a "doctor's excuse" for a person who was not a patient at Chilton Urgent Care.

12. Davenport committed no HIPPA violations during her employment at Chilton Urgent Care.

13. Davenport did not forge any doctor's excuses.

14. In December 2019, Davenport assisted one of Chilton Urgent Care's doctors

and a local employer in investigating that employer's employee using a forged doctor's excuse.

15. Both the doctor and the employer praised Davenport for her efforts.

16. When Davenport asked the Chilton Urgent Care manager to provide any evidence of wrongdoing, she, the manager, could not.

17. The reasons / excuses Ivy Creek and its Chilton Urgent Care manager used to fire Davenport were mere pretexts.

18. Ivy Creek's president, Mike Bruce, was directly and personally involved with the scheme to fire Davenport, a scheme that fell apart without any evidence of misconduct by Davenport, a scheme rooted in bad faith.

19. Ivy Creek replaced Davenport with a woman who was about 32 years old at the time.

20. Davenport was 49 years old at the time she was replaced by the younger woman.

21. Davenport's age was the reason for or a motivating factor in Ivy Creek's decision to fire her and replace her with someone significantly younger than her.

22. Davenport held multiple certificates relating to and was imminently qualified to do job at Chilton Urgent Care.

23. On or around February 5, 2020, one of Davenport's former supervisors at

COMPLAINT
Rita Davenport v. Ivy Creek Healthcare, LLC.
Middle District of Alabama

Chilton Urgent Care, wrote of Rita Davenport: "Rita was never written up as long as I was at [Chilton] Urgent Care. If any employee called in sick and Rita was not on the schedule to work, she would come in and work and never complain..." "[Rita Davenport] always went by the book... Rita is the most honest person I've ever worked with."

24.   In contrast to Davenport, and according to another of Davenport's former Chilton Urgent Care's former co-workers, a co-worker who observed Davenport's younger replacement on the job in the days and weeks following Davenport's firing:

"She [Davenport's younger replacement] knows nothing about the lab. I had to guide her running the urine controls this morning..."

"She [Davenport's younger replacement] is constantly asking which tube to use and texting her boyfriend asking questions..."

"She [Davenport's younger replacement] has even sent [her boyfriend] pictures for clarification."

## COUNT I

### Age Discrimination in Employment Act

25.   By this reference Plaintiff Davenport reiterates and incorporates the allegations set forth in the preceding paragraphs as if fully set out herein.

COMPLAINT
Rita Davenport v. Ivy Creek Healthcare, LLC.
Middle District of Alabama

26. Plaintiff was more than 49 years old at the time Ivy Creek fired her.

27. Ivy Creek subjected Plaintiff to an adverse employment action, termination.

28. Defendant Ivy Creek's excuse/s for firing Plaintiff were mere pretext, devoid of good faith, nor based on any reasonable business judgment.

29. A substantially younger person filled the position from which Plaintiff was fired, despite the fact Plaintiff was qualified to do the job from which she was discharged.

30. Defendant Ivy Creek willfully violated the ADEA and Title VII and in doing so proximately caused Plaintiff harmed and damages, including, but not limited to, loss of income, loss of benefits, and other damages owing to disparate treatment and/or disparate impact of Defendant's policies, practices, acts or omissions regarding Plaintiff owing or related to her age.

## REQUEST FOR RELIEF

NOW, WHEREFORE, Plaintiff respectfully requests the following relief after trial of this case by struck jury:

A. Entry of judgment in Plaintiff's favor and against Defendant for lost backpay and front pay.

B. Entry of judgment in Plaintiff's favor and against Defendant for liquidated damages.

COMPLAINT
Rita Davenport v. Ivy Creek Healthcare, LLC.
Middle District of Alabama

C. Reasonable costs and attorney's fees.

D. Any and all other relief at law or equity to which Plaintiff may be entitled.

Respectfully filed on this, the 19TH day of June, 2020.

Richard R. Newton,
Attorney at Law, P.C.
Counsel for Plaintiff
1203 Regal Avenue
Birmingham, AL  35213
Tel:  (205) 356-2498
richardrussellnewton@gmail.com

COMPLAINT
Rita Davenport v. Ivy Creek Healthcare, LLC.
Middle District of Alabama

## SERVICE of PROCESS

Undersigned counsel for Plaintiff hereby certifies that Mark Allen Treadwell, III, Esq., (whose address is *129 W Columbus St., Dadeville, AL 36853*) attorney for Defendant Ivy Creek Healthcare, LLC, holds out to Plaintiff's counsel that, as a general agent of the corporation and/or as an agent authorized by appointment by Defendant Ivy Creek Healthcare, he will accept Service of Process on behalf of Defendant, pursuant to Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure. Undersigned Plaintiff's counsel, upon return receipt of copies of the filed-in Summons & Complaint, will have same served upon Mr. Treadwell, and file return of service with the Court.

Richard R. Newton,
Attorney at Law, P.C.
Counsel for Plaintiff
1203 Regal Avenue
Birmingham, AL  35213
Tel:  (205) 356-2498
richardrussellnewton@gmail.com

COMPLAINT
Rita Davenport v. Ivy Creek Healthcare, LLC.
Middle District of Alabama